Your Name:          John Susino

Address:            PO Box 6701, San Jose, CA  95150

Phone Number:

Email Address:      LaborRightsViolations@mail.com

Pro Se Plaintiff

**FILED**

FEB 03 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

John Susino,

In Pro Per

11    Case Number :

**C    25    01102    SVK**

v.          Plaintiff,

12          **COMPLAINT**

Safeway,          13          DEMAND FOR JURY
Inc.,   Et Al.
14          TRIAL Yes ☒    No ☐

Defendants.

15

16

## I.    PARTIES

18
19      Plaintiff.
20
21      Name:        JOHN SUSINO
22      Address:     PO Box 6701, San Jose, CA  95150
23      Telephone:

24      Defendants.  [Write each defendant's full name, address, and phone number.]

25   Defendant 1:

26      Name:        Safeway, Inc.
27      Address:     5918 Stoneridge Mountain Road, Pleasanton, CA  94588
28      Telephone:  925-226-5000
29
30   Defendant 2:

31      Name:        Roman  Nunez
32      Address:     c/o  Safeway, Inc.  5918 Stoneridge Mountain Road, Pleasanton, CA  94588

33    Telephone:  925-226-5000

34

35    Defendant 3:

36    Name:    Scott Goh

37    Address:    c/o Safeway Inc., 5918 Stoneridge Mountain Road, Pleasanton, CA  94588

38    Telephone:  925-226-5000

39

40

41    Defendant 4:

42    Name:    United Food and Commercial Workers Union Five ( aka UFCW5 )

43    Address:    28870 Mission Boulevard, Hayward, CA  94544

44    Telephone:  510-889-0870

45

46    Defendant 5:

47    Name:    Laurie Mesa

48    Address:    c/o  UFCW5  28870 Mission Boulevard, Hayward, CA  94544

49    Telephone:  510-889-0870

50

51    Defendant 6:

52    Name:    Jane Doe One ( aka UFCW5 Union Representative )

53    Address:    c/o  UFCW5  28870 Mission Boulevard, Hayward, CA  94544

54    Telephone:  510-889-0870

55

56  Defendant 7:

57      Name:      Jane Doe Two ( aka LIZ, Asset Protection Specialist )

58      Address:    c/o Safeway, Inc.  5918 Stoneridge Mountain Road, Pleasanton, CA  94588

59      Telephone:  925-226-5000

60

61

62  Defendant 8:

63      Name:      Kelli Elison

64      Address:    c/o Safeway, Inc.  5918 Stoneridge Mountain Road, Pleasanton, CA  94588

65      Telephone:  925-226-5000

66

67
68

## II.   JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

▇ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

National Labor Relations Acr ( aka NLRA; aka Wagner Act )

Taft-Hartley Act

_____
_____
_____

77    Beck Right

78    Title VII ( 7 ) of the Civil Rights Act of 1964

79    The Weingarten Rule

80    Federal Rule 23

81    PAGA ( Private Attorney General Act ) via Federal Rule 23

82

83    ☒ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of
84      damages is more than $75,000.
85

86    # III.  VENUE

87    The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San
88    Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case,
89    this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.
90    4. Venue is appropriate in this Court because:

91      ☒ a substantial part of the events I am suing about happened in this district.

92      ☐ a substantial part of the property I am suing about is located in this district.

93      ☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>
94        I live in this district.
95      ☒ at least one defendant is located in this District and any other defendants are located in California.

96

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

1.  Because this lawsuit arose in Santa Clara County, it should be assigned to the
    San Jose Division of this Court.


## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.


Pre-Emptively : Mea Culpa

I apologize to The Court and Your Honor, Presiding, if the format or anything else of this pleading may not

be correct in part and/or in its entirety correct per Federal legal constructs or other legal rules of this Court.

Please allow an opportunity to amend the needed changes.

I am not a lawyer. I am a layperson, seeking legal worker rights of myself and others.


As the attached STATEMENT OF FACTS and CLAIMS sections will delineate, the violations are

 Irrefutable with recorded evidence and supported by violations of Federal law and employees' rights.

Encapsulated in a stanza of the 1970s musical band WAR. " I may not speak right, but I know what I'm

 talking about."

122    Plea to The Court: let this legal action go forward.

123    In the event that part of this Complaint is not legally correct, it is humbly requested that the complaint can be

124    refiled, without prejudice and without further cost or fees.

125    Please see attached  STATEMENT OF FACTS ( Attachment One )

126

127    **VI.    CLAIMS**

128    # First Claim

129        Name the law or right violated:  An employee is NOT required to join a Labor Organization

130                ( *Taft-Hartley Act* )

131

132            Name the defendants who violated it:

133    Safeway, Inc., Scott Goh, Roman Nunez, UFCW5, Laurie Mesa, Jane Doe One , Jane Doe Two; Kelli Elison

134

135    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make

136    legal arguments. You can refer to your statement of facts.

137

138     In violation of The Taft-Hartley Act and detailed in STATEMENT OF FACTS,  Plaintiff was told by Defendants Safeway, Inc.,

139    Scott Goh, Roman Nunez, UFCW5, Laurie Mesa, Jane Doe One , Jane Doe Two that Plaintiff  and other employees must join the

140    Union. When Plaintiff did not join Union, Plaintiff was targeted, harassed, suspended and then terminated.

141

142    # Second Claim

143        Name the law or right violated:  An employer cannot **coerce** an employee into joining a labor organization

144                ( National Labor Relations Act )

145

146   Name the defendants who violated it:  Safeway, Inc.; Roman Nunez, Scott Goh ; Jane Doe Two

147   Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make
148   legal arguments. You can refer to your statement of facts.

149

150   In violation of The NLRA and detailed in STATEMENT OF FACTS,  Plaintiff was coerced by Defendants that Plaintiff  and
151   other employees into joining the Union or lose employment.  When Plaintiff did not join Union, Plaintiff was targeted, harassed,
152   suspended and then terminated.

153

154                                    # Third Claim

155   Name the law or right violated:  An employer cannot **interfere** with an employee to join a labor organization.

156                                ( National Labor Relations Act )

157   Name the defendants who violated it:   Safeway, Inc. ;  Roman Nunez;  Scott Goh;  Jane Doe Two; Kelli Elison

158   Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make
159   legal arguments. You can refer to your statement of facts.

160

161   The National Labor Relations Act forbids *employers* from interfering with *employees* in the exercise of
162   rights **relating to** *joining* a labor organization.

163

164   In violation of The NLRA and detailed in  STATEMENT OF FACTS, Safeway, Inc., and Managers Scott
165   Goh, Manager Roman Nunez, and Asset Loss Specialist Liz ( aka Jane Doe ) constantly stated Plaintiff
166   Susino must join the Union.  When Plaintiff did not join Union, Plaintiff was targeted, harassed, suspended
167   and then terminated and  lost job in violation of  The NLRA.

168

# Fourth Claim

Name the law or right violated:

An employer **cannot assist** a labor organization in making employees join a labor organization.

( The National Labor Relations Act )

Name the defendants who violated it:  Safeway, Inc. ; Roman Nunez; Scott Goh,;  Jane Doe Two; Kelli Elison.

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

The National Labor Relations Act forbids employers from **assisting** a labor organization in the exercise of rights relating to employees refraining to *join* a labor organization.

In violation of The NLRA and detailed in  STATEMENT OF FACTS, Safeway, Inc., and Managers Scott Goh, Manager Roman Nunez, and Asset Loss Specialist Liz ( aka Jane Doe ) constantly assisted Defendants UFCW5, Laurie Mesa, and Jane Doe One in mandating that Plaintiff Susino and other employees and new hires must join the Union or lose employment..  When Plaintiff did not join Union, Plaintiff was targeted, harassed, suspended and then  terminated  and  lost job in violation of  The NLRA.

# Fifth Claim

Name the law or right violated:

A **labor organization** cannot **coerce** an employee into refraining from  joining a labor organization

( The National Labor Relations Act )

191    Name the defendants who violated it: UFCW5; Laurie Mesa; Jane Doe One

192    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make
193    legal arguments. You can refer to your statement of facts.

194

195    The National Labor Relations Act forbids labor organizations from *coercing employees* in the exercise of rights relating to
196    refraining from *joining* a labor organization.

197

198    In violation of The NLRA and detailed in STATEMENT OF FACTS, Defendants UFCW5, Laurie Mesa,
199    and Jane Doe One demanded that Plaintiff Susino and other employees and new hires must join the Union
200    or lose employment. When Plaintiff did not join Union, Plaintiff was targeted, harassed, suspended and then
201    terminated and lost job in violation of The NLRA.

202

203                         # Seventh Claim

204    Name the law or right violated:

205    An employer cannot **threaten** employees with loss of job for refraining from joining a labor organization

206         ( The National Labor Relations Act )

207    Name the defendants who violated it: Safeway, Inc. ; Roman Nunez, Scott Goh; Jane Doe Two

208    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make
209    legal arguments. You can refer to your statement of facts.

210         The National Labor Relations Act forbids employers from threatening employees with *loss of*
211         *jobs* if they *engage in protected activity*, in this case not joining a union.

212    In violation of The NLRA and detailed in STATEMENT OF FACTS, Safeway, Inc., and Managers Scott
213    Goh, Manager Roman Nunez, and Asset Loss Specialist Liz ( aka Jane Doe ) constantly threatened

214   Plaintiff Susino and other employees and new hires must join the Union or lose employment.

215

216                              **Eighth Claim**

217   Name the law or right violated:

218              A labor organization cannot threaten employees with job loss. ( The National Labor Relations Act )

219   Name the defendants who violated it: UFCW5; Laurie Mesa; Jane Doe One

220   Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make

221   legal arguments. You can refer to your statement of facts.

222   The National Labor Relations Act forbids  labor organizations from threatening employees with *loss of jobs*  if they *engage in*

223   *protected activity*.

224   In violation of The NLRA and detailed in  STATEMENT OF FACTS, Defendants UFCW5, Laurie Mesa,

225   and Jane Doe One demanded that Plaintiff Susino and other employees and new hires must join the Union or

226   lose employment.  When Plaintiff did not join Union, Plaintiff was targeted, harassed, suspended and then

227   terminated and  lost job in violation of  The NLRA.

228

229                               **Ninth Claim**

230   Name the law or right violated:  Employees cannot be **questioned** about their union sympathies or activities

231   ( The National Labor Relations Act )

232   Name the defendants who violated it:  Safeway, Inc. ;Roman Nunez, Scott Goh,  Jane Doe Two

233   Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make

234   legal arguments. You can refer to your statement of facts.

235   The National Labor Relations Act forbids employers from **Questioning employees** about their *union*

                                                                    _____

                                                                    _____

                                                                    _____

236    *sympathies or activities* in circumstances that tend to interfere with, restrain or **coerce** *employees in the exercise of their rights*

237    *under the National Labor Relations Act.*

238    In violation of The NLRA and detailed in STATEMENT OF FACTS, Safeway, Inc., and Managers Scott

239    Goh, Manager Roman Nunez, and Asset Loss Specialist Liz ( aka Jane Doe ) constantly questioned

240    Plaintiff Susino regarding Susino's activities in joining the Union or lose employment.

241    When Plaintiff did not join Union, Plaintiff was targeted, harassed, suspended and then terminated and lost

242    job in violation of The NLRA.

243    # Tenth Claim

244    Name the law or right violated:  Laying off employee because he would not join union ( The NLRA )

245    Name the defendants who violated it:

246    Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two

247    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make

248    legal arguments. You can refer to your statement of facts.

249    The National Labor Relations Act forbids employers from *laying off,* employees *because they engaged in  a protected activity.*

250

251    In violation of The NLRA and detailed in STATEMENT OF FACTS, Safeway, Inc., Manager Roman Nunez, and Asset Loss

252    Specialist Liz ( aka Jane Doe ) layed off Plaintiff Susino when Plaintiff Susino asserted in protected activities regarding joining

253    the union.

254

255    When Plaintiff did not join Union, Plaintiff was targeted, harassed, suspended and then terminated and lost

256    job in violation of The NLRA.

257

# Eleventh Claim

Name the law or right violated: Seeking the Suspension of an employee for not joining Union ( The NLRA )

Name the defendants who violated it: UFCW5; Laurie Mesa; Jane Doe One

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The National Labor Relations Act forbids labor organizations from **suspending** employees for not being a union member.

In violation of The NLRA and detailed in STATEMENT OF FACTS, UFCW5, Laurie Mesa, and Jane Doe One openly sought the suspension of Plaintiff Susino for not becoming a union member when Plaintiff Susino when Plaintiff Susino asserted in protected activities regarding joining the union. When Plaintiff did not join Union, Plaintiff was targeted, harassed, suspended and then terminated and lost job in violation of The NLRA.

# Twelfth Claim

Name the law or right violated: Terminating employee for not joining Union ( The NLRA )

Name the defendants who violated it:

Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two; Kelli Elison

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The National Labor Relations Act forbids employers from *terminating* employees *because they engaged in protect ted activity.*

In violation of The NLRA and detailed in STATEMENT OF FACTS, Safeway, Inc.,

280  Manager Roman Nunez, and Manager Kelli Elison terminated Plaintiff Susino when Plaintiff Susino

281  asserted in protected activities regarding joining the union.

282  When Plaintiff did not join Union and wanted clarification on denuded payments to the UFCW5 including

283  agreeing to pay unidentified costs without any numerical amount, Plaintiff was targeted, harassed, suspended

284  and then terminated and  lost job in violation of  The NLRA.

285

## Thirteenth Claim

287  Name the law or right violated: The Beck Right

288  Name the defendants who violated it:

289  Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two

290

291  Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make

292  legal arguments. You can refer to your statement of facts.

293

294  In violation of The Beck Right and detailed in STATEMENT OF FACTS,  Plaintiff  and other employees were NEVER told nor

295  given notice ever by Defendants Safeway, Inc., Scott Goh, Roman Nunez, UFCW5, Laurie Mesa, Jane Doe One , Jane Doe Two,

296  and Kelli Elison that Plaintiff  and other employees of the civil rights guaranteed to employees via The Beck Right.

297  When Plaintiff Susino asked for clarification of laws mandating joining a labor organization, UFCW5's

298  Laurie Mesa said that she did not have to disclose such, Jane Doe One remained silent when asked, and

299  Manager Roman Nunez remained silent also.

300  Plaintiff was targeted, suspended, and then terminated and  lost job in violation of  The NLRA.

301

## Fourteenth Claim

303  Name the law or right violated: The National Labor Relations Act

_____

_____

_____

304    Name the defendants who violated it:

305    Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two

306

307    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make
308    legal arguments. You can refer to your statement of facts.

309

310    In violation of The NLRA and detailed in  STATEMENT OF FACTS, An employee may object to union

311    membership on religious grounds.

312    Plaintiff and other employees were NEVER told nor given notice ever by Defendants Safeway, Inc., Scott Goh, Roman Nunez,
313    UFCW5, Laurie Mesa, Jane Doe One , Jane Doe Two, and Kelli Elison that Plaintiff  and other employees of the civil rights
314    guaranteed to employees to object to joining a union on religious grounds.

315    When Plaintiff Susino asked for clarification of laws mandating joining a labor organization, UFCW5's
316    Laurie Mesa said that she did not have to disclose such, Jane Doe One remained silent when asked, and
317    Manager Roman Nunez remained silent also.

318    Subsequently, Safeway, Inc., Manager Roman Nunez, Jane Doe Two suspended Plaintiff Susino, and
319    Manager Kelli Elison terminated Plaintiff Susino when Plaintiff Susino asserted religious protections
320    regarding joining the union.

321

322                                    # Fifteenth Claim

323    Name the law or right violated: Weingarten Rights via The NLRA

324    Name the defendants who violated it:  UFCW5; Laurie Mesa; Roman Nunez,  Jane Doe One; Jane Doe Two

325    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make
326    legal arguments. You can refer to your statement of facts.

327    Per the NLRA and detailed in STATEMENT OF FACTS, employees have the right to representation in a

                                                                    _____

                                                                    _____

                                                                    _____

328  meeting, whether represented by a union or not. Weingarten representatives are entitled to provide advice and active assistance to

329  employees during investigatory interviews.

330  When Plaintiff Susino asked for clarification and guidance of laws mandating joining a labor organization,

331  and all else of this first unannounced meeting, UFCW5, Laurie Mesa, and Jane Doe One remained silent

332  when asked for help, and Manager Roman Nunez remained silent also.

333

334  When Plaintiff Susino asked for clarification and guidance of laws mandating joining a labor organization,

335  and all else of the second unannounced meeting, Jane Doe Two responded that she did not know the law

336  since she does not work for either the Federal or California State governments.

337

338  Subsequently, Safeway, Inc., Manager Roman Nunez, Jane Doe Two suspended Plaintiff Susino, and

339  Manager Kelli Elison terminated Plaintiff Susino when Plaintiff Susino asserted religious protections

340  regarding joining the union.

341

342                          # Fifteenth Claim

343  Name the law or right violated: The National Labor Relations Act

344  Name the defendants who violated it:

345  Safeway, Inc.; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two, Kelli Elison

346  Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make

347  legal arguments. You can refer to your statement of facts.

348  Per the NLRA and detailed in STATEMENT OF FACTS, employees have the right to join together and

349  organize to advance their interests as employees, including the right to refrain from a protected activity,

350  such as joining a labor organization and thereafter becoming a "core member" as opposed to a union

351  member. It is unlawful for a labor union, its representatives, and employers to restrain or coerce employees

352  in the exercise of their rights.

353  Numerous Safeway employees learned about Plaintiff Susino not being a union member and encourage

354  Susino to continue in this effort, as said employees wanted to disengage from the union for a variety of reasons and join Susino

355  in not being members in the UFCW5 Union.

356  When Plaintiff did not join Union and continually asked for clarification and help regarding the legal basis

357  of a/an employee/employees mandating the joining a union, Plaintiff Susino was targeted, harassed,

358  suspended and then terminated and lost job in violation of The NLRA.

359

360  # Sixteenth Claim

361  Name the law or right violated:  Title VII of the Civil Rights Act of 1964

362  Name the defendants who violated it:

363  Safeway, Inc., Scott Goh, Roman Nunez, UFCW5, Laurie Mesa, Jane Doe One , Jane Doe Two; Kelli Elison

364

365  Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make

366  legal arguments. You can refer to your statement of facts.

367  In violation of The Title VII and detailed in STATEMENT OF FACTS ,  the numerous Acts of Retaliation  directed at Plaintiff

368  Susino occurred when Susino and other employees asserted legal labor rights codified by law for himself and other employees of

369  rights codified by laws and were asserting in protected activities.

370  ALL the Defendants, individually and in collectively in concert together, putforth  employment  policies that are unlawful and

371  discourages the exercise of labor  rights.  Starting when  UFCW5's Laurie Mesa was allowed acts  harassing , intimidation, and

372  stalking of Plaintiff Susino, and then when reported to Safeway Manager Scott Goh who stated, "Laurie Mesa can do whatever she

373  wants!  You MUST join the Union or you can't work here!"

374  When Plaintiff Susino reported the incident to a Safeway Reporting , the acts of Retaliation became more intense.

_____

_____

_____

375  When Safeway Manager Roman Nunez had a first meeting and asked, "Why haven't you joined the union?" and then explicitly

376  stated, " You must join the union!"

377  When Safeway Manager Roman Nunez targeted Plaintiff Susino and thereafter committed  battery upon Plaintiff Susino in no less

378  than two occasions in the bakery, it was retaliation.

379  When Plaintiff Susino was called into the first an unannounced meeting with UFCW5 representatives Laurie Mesa and Jane Doe

380  One with Roman Nunez with means seeking toforce union membership upon Susino, it was retaliation.

381  When Plaintiff Susino was called into the second an unannounced meeting with Safeway Asset Protection Specialist Jane Doe

382  with Roman Nunez with questioning and coercing a  forced union membership upon Susino that resulted in suspension, it was

383  retaliation.

384  When Plaintiff Susino was terminated   illegally for asserting protected activity rights per NLRA, it was retaliation.

385
386                                   # Seventeenth Claim

387  Name the law or right violated: Private Attorney General Act ( PAGA ) via Diversity Issue

388  Name the defendants who violated it:

389  Safeway, Inc., Scott Goh, Roman Nunez, UFCW5, Laurie Mesa, Jane Doe One , Jane Doe Two; Kelli Elison

390  Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make

391  legal arguments. You can refer to your statement of facts.

392

393  As is detailed in STATEMENT OF FACTS , Plaintiff Susino seeks this Federal Court  to allow Plaintiff Susino to follow the

394  Private Attorney General Act ( aka PAGA ) as Federal Jurisdiction via Diversity for the following basis.

395

396  Per discussion with attorneys, the Federal Court is  the ONLY venue available to enforce the Federal issues and Federal laws of

397  this case, such as NLRA, Title VII of the Civil Rights Act, Taft-Hartley Act, The Beck Right, and other Federal laws since all are

398  Federal labor issues.

399

400  Per attorneys, PAGA is a state law of California that is specially intended and applicable only for labor

401  issues involving California laws.  As such, the California State Judicial System cannot allow the inclusion
402  of the Federal issues of the afore noted Federal laws as are the basis of this Complaint in Federal Court.
403
404  Per attorneys, this Federal Court is the only recourse for the Federal issues and for Plaintiff Susino to
405  request Federal Diversity to allow PAGA be heard in Federal Court to bring representative claims on
406  behalf of and for other workers subject to the same alleged violations of law and labor rights that
407  were universally and similarly violated.

# VII. DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.

Compensatory Damages;

Punitive Damages;

Exemplary Damages;

Disclosure of the lawsuit to all past Safeway, Inc., employees of the violations Federal law and rights per of NRLA, Taft-Hartley Act, Beck Right, and other stated Federal laws;

Violations reported to National Labor Relations Board for investigation with evidence obtained and presented to The Court;

Any and all Court costs and legal fees of the Plaintiff and other parties related fees and costs from and for PAGA;

In the event that this complaint, in part or in its entirety, is incorrect in format or other discrepancies, allow the Plaintiff to make any requisite changes to change and/or amend the complaint for compliance.  The computer used often had different operating system, different version of MS Word, and different versions of Acrobat software.  When trying to combine all these difference, the end result often had omissions, changes, inclusions and the like that affected formatting and the resulting printout of the complaint and other submitted documents;

It is requested and plead to the Court and Your Honor, The Presiding Judge, to allow any necessary amendments and alterations to the submitted in the interests of justice and without prejudice and/or monetary charge of fees, as Plaintiff has incurred substantial costs out-of-pocket for this filing to contest for and interest of legal and employee civil rights of workers.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

437          ☒ Plaintiff demands a jury trial on all issues.

438

439    Respectfully submitted,

440

441    Date:  February 2, 2025          Sign Name:

442    _____          _____

443                                      Print Name:

444                                            John Susino
445                                      _____

446
447

Copy this page and insert it where you need additional space.

## Attachment One ( 1 )

## STATEMENTS OF FACTS

Susino was hired by Safeway, Inc., in the Pandemic and later designated an "Essential Worker" per government Emergency Declarations.

Susino's work product and work efforts under pandemic life-threatening circumstances were acknowledged and praised by vast number of customers, Safeway Store Managers, Safeway Western Regional Managers, local First Responders, Cal Fire, and philanthropic organizations.

Susino was content, proud, and determined in this life threatening work at such a dire time globally without any cure nor vaccination in a hazardous public health situation that was literally killing thousands per day.

In October 2020, Susino was re-stocking shelves when an *unknown, unidentified masked* woman thrust a paper at Susino and stated Susino *must sign the unknown document.* [ Emphasis Added]

Confused, Susino was not authorized to sign anything in his employment duties. Per Safeway training, Susino sought Safeway Supervisors and Safeway Managers for guidance.

Susino physically disengaged and got away from the unidentified masked woman. The unknown, masked woman then began trailing and thereafter stalking immediately behind Susino wherever Susino went, *even in designated areas not open to the public causing Susino heightened personal safety concerns.* [Emphasis Added].

Susino asked the masked woman acting oddly and stalking Susino to stop following and leave Susino

23    alone. The unidentified, masked woman laughed and continued on her disturbing course of conduct.

24    Finally per Safeway harassment and stalking training, Susino sought safe-haven and refuge from the still

25    unknown, masked woman in the upper-floor Manager's office. The masked woman still continued to

26    follow Susino, even up the staircase into the Manager's office.

27

28    There in the office was Safeway **Store Manager Scott Goh**. The masked woman appeared immediately at

29    the doorway. Susino notified Manager Goh of the situation and acts of the still unknown woman.

30    Safeway Manger Goh then said, "***That's Laurie Mesa!" She can do whatever she wants!***"
31    [Emphasis Added]

32    Laurie Mesa would be identified as a Union Representative of UFCW5.

33    It is important to note that this was the first time in this matter Laurie Mesa was identified, what

34    organization she represented, whom she was employed by, and her UFCW5 title. ***It is far more important***

35    ***to note that Laurie Mesa herself never identified herself nor the organization she is attached to, nor why***

36    ***she was acting in such a disturbing, stalking manner.*** [Emphasis Added]

37    When asked about the document Laurie Mesa demanded signing by Susino, Safeway Manager Scott Goh

38    unequivocally stated, " ***You must sign! You must join the Union, or you cannot work here!*** "
39    [ Emphasis Added ]

40    Susino was coerced and threatened with immediate job loss if refusing to signing the document.

41

42    UFCW5 Representative Laurie Mesa would eventually verbally comment directly to Safeway employee

43    Susino in a mocking tone, "**... You're scared of me! I intimidated you** ..." [Emphasis Added ]

44    And then Mesa laughed.

45

46   After experiencing Mesa's stalking and odd behavior and now confirmed by Mesa herself of intimidation

47   and fear inducement, Susino told Laurie Mesa that he, Susino, wanted no contact with her and to stay away

48   from Susino.

49   UFCW5 Representative Lauris Mesa was then heard laughing again.

50   **The evidence of this event is not in conflict nor in dispute.**

51   **Its entirety is *confirmed* to be captured on Safeway Security Cameras, both visually and auditory.**

52   **As will be cited in the legal argument, the acts and representation made by both UFCW5' its**

53   **representative Laurie Mesa, and Safeway Manager Scott Goh are violation of the laws delineated in**

54   **National Relations Labor Act ( NLRA ) and Taft-Hartley Act.**

55

56   Disturbed by  both the stalking and Mesa's own confirmation of intimidation and fear inducement by

57   UFCW5 Union Representative, and then Safeway Manager Scott Goh's statement Laurie Mesa can do

58   whatever she wants, Susino called in the incident to a Safeway confidential reporting number and made a

59   report of the workplace incident, per Safeway Harassment and Safety Training.

60

61   Thereinafter, Susino was labeled an instigator and targeted as a whistleblower.

62   Thereinafter, Susino would be targeted for reprisals, fabricated false allegations of work product, coercion,

63   threats, and demanding orders to join the Union, physical battery, and other targeted tactics.

64

65   The reprisals began with false work product accusations.  Based on a false allegation by a roving Area

66   Manager, Safeway Manager Roman Nunez called Susino into the Manager's office.  The first statements

67   made by Safeway Manager Nunez, " ***Why haven't you joined the Union?  Get with the program! You***

68    *work for Us!" [Emphasis Added]*

69    Manager Nunez then asked about the allegations made against Susino and why said work duties were not

70    fulfilled.  Susino then noted that that allegation were flawed: Susino had been off schedule and not working

71    during the time the cited events happened.

72    A supervisor confirmed Susino was not scheduled during the time of the allegations against Susino.

73    Realizing he was in error, had no basis nor foundation, and Nunez himself did not do any due diligence,

74    and was looking for a non-existent reason to terminate Susino.  Safeway Manager Nunez then said, " Oh…

75    Well, **you have to join the Union!"** [Emphasis Added]

76    **The evidence of this event is not in conflict nor in dispute.**

77    **Its entirety is confirmed to be captured on Safeway Security Cameras, both visually and auditory.**

78    **As will be cited in the legal argument, the acts and representation made by Safeway Manager Roman**

79    **Nunez ) are violation of the laws delineated in National Relations Labor Act ( NLRA ) and Taft-**

80    **Hartley Act.**

81

82    The targeting acts and reprisals continued and increased by Safeway Manager Roman Nunez.  Safeway

83    Manger Roman Nunez's acts became physical, including physical battery upon a subordinate employee,

84    Susino.

85    The first act of battery upon Susino occurred during the Christmas season when Susino was on the phone

86    and speaking with a customer calling in an order.  Safeway Manger Roman Nunez came in from behind

87    Susino, out-of-sight and unannounced, and grabbed the phone from Susino's grip and hung up the phone

88    one the receiver.

89    Safeway Manger then ordered employee Susino, "Get back to work!"

90   The second act of physical battery came when Susino was pushing bread rack column out and onto the

91   shelves for stocking.  While pushing the tall column of racks, an unexpected, jolting force pulled the entire

92   column forward with force that almost made Susino fall forward and lose balance of the rack and himself,

93   falling upon the floor.

94   Looking to see what happened ahead of the rack to determine the safety hazard, Susino saw Safeway

95   Manager Roman Nunez come out of the only out-of-sight, hidden area ahead of the rack column Nunez was

96   without permission pulling.  As in the previous battery committed by Safeway Manager Nunez, Nunez's

97   actions were unannounced, unrequested, and out-of-view visually. Safeway Manager Nunez then stated, " I

98   thought you'd like the help!" before immediately walking away.

99   With yet another act of reprisal targeting and physical battery, Susino reported the incident to Store

100  Manager Andrew.

101  **The evidence of this event is not in conflict nor in dispute.**

102  **Its entirety is confirmed to be captured on Safeway Security Cameras, both visually and auditory.**

103  **As will be cited in the legal argument, the acts and statements made by Safeway Manager Roman**

104  **Nunez  are violation of the laws delineated in National Relations Labor Act ( NLRA )**

105

106  Susino would now in retaliation be separated, suspend, and then terminated for not joining the Union,

107  paying demanded monies, and making mandatory Safety Reporting.

108

109  Susino was called unannounced and unscheduled into the upstairs manager's office.  There waiting was

110  UFCW5's Representative Laurie Mesa, Safeway Manager Roman Nunez, and an unidentified UFCW5's

111  representative Jane Doe One.

———

———

———

112    Displaying a pattern of conduct, as done previously, UFCW5's Laurie Mesa once again thrust forward a

113    document and demanded Susino sign said document. Susino asked to read the document, and UFCW5's

114    Laurie Mesa retracted the document away from Susino. When Susino asked why Susino could not read a

115    document without any review that UFCW5's Mesa was demanding signage, she relented and handed over

116    the document for review.

117    It was an agreement to join the union, arrearages, other costs, and a phrase "other fees may apply" but

118    offered no indication of the cost of unnamed fees or what said fees were.

119    Susino needed time to review the document. And then Susino stated UFCW5's Lisa Nunez was told

120    personally by Susino that there was not to be any contact between the two due to her previous stalking acts

121    and harassments and verbal statements.

122

123    UFCW5's Lisa Nunez replied, " **[Safeway] Security contacted me and said it was okay**."
124    [Emphasis Added]

125    Stunned by the admission of direct conversation between a Safeway Corporate Security review and a third-

126    party Union Representative who was reported for violations of labor law and Safeway policies, a stated

127    representation of reported acts of stalking and fear inducement and intimidation being "Okay", and then

128    additionally never receiving any contact nor communication whatsoever from Safeway to Susino. Susino

129    asked whom Laurie Mesa was in contact with that made that determination.

130    UFCW5's Laurie Mesa said, "I don't have to tell you."

131    It was apparent that this was a pre-conceived effort targeted at employee Susino was based on him not

132    joining and becoming a member in the Union and reprisals of his reporting.

133    When asked what the law states about Union membership, UFCW5's Laurie Mesa said, **" I don't have to**

_____
_____
_____

134    tell you." [Emphasis Added]

135

136    When the same question was posed to UFCW5's Jane Doe One. **she remained silent" [Emphasis Added]**

137    When the same question was posed to Safeway Manager Roman Nunez. his reply was. **" I'm following**

138    **what Safeway says." [Emphasis Added]**

139

140    **UFCW5, Mesa, Nunez, Safeway, and the unidentified UFCW5 Jane Doe One are wrong. As is**

141    **delineated in the CLAIMS section, this is violation of Federal NLRA law and The Beck Right and**

142    **The Weingarten Rights.**

143

144    Then UFCW5's Laurie Mesa took out another document and ordered Safeway Manager Roman Nunez to

145    sign it. Safeway Manager followed Mesa's order to him.

146

147    When Susino asked what and if the document being signed was related to his employment. Safeway

148    Manager Nunez responded. " I'll get you a copy later." A copy was never given to Susino. The document

149    and its contents remains a mystery to this date.

150    After a mandatory lunch break. Susino was once again called into the upper Manager's office. There again

151    was Safeway Manger Roman Nunez, and a new Safeway Corporate employee who identified herself only
152    as *Asset Protection Specialist* Liz. who refused to give a Last name ( aka Jane Doe Two).
153    [Emphasis Added]

154    Asset Protection Specialist Liz held up a folder. identified it as Susino's employee folder. and said to

155    Susino. "**You promised to join the Union.**" [Emphasis Added ]

156    Susino asked. "What does the law state about joining a Union?"

157  Asset Protection Specialist Liz responded, " *I don't know. I don't work for the government. I work for*

158  *Safeway.* " [Emphasis Added ]

159  Shocked and stunned by the lack of understanding of legal application of law and flawed reasoning, Susino

160  eventually noted that UFCW5 Representative Laurie Mesa was reported by Susino for harassment,

161  following, stalking, and other concerns as a mandatory result of Laurie Mesa's actions.

162

163  Safeway Asset Protection Specialist *Liz stated the noted event and recordings were on her supervisor's*

164  *computer.* [ Emphasis Added ]

165  When asked who her supervisor was, Asset Protection Specialist Liz stated it is Jeff Scales. This is

166  consistent with representations made by Laurie Mesa, Safeway, and Jeff Scales himself, even though the

167  reporting party Susino has never been contact about the event by Safeway, Jeff Scales, nor anyone nor any

168  entity doing an investigation.

169  *Then Susino was suspend from employment at Safeway.* [ Emphasis Added ]

170  When asking Asset Protection Specialist Liz if the reason for *the suspension was for NOT joining the*

171  *Union, Asset Protection Specialist Liz confirmed such with a verbal, "Yes."* [ Emphasis Added ]

172

173  The evidence of this separation, suspension, and termination is not in conflict nor in dispute.

174  Its entirety is confirmed to be captured on Safeway Security Cameras, both visually and auditory.

175  As is cited in the legal argument, these secondary acts and representation made by Safeway Manager

176  Nunez, the UFCW5, UFCW5' Representative Laurie Mesa, UFCW5' Representative Jane Doe, Asset

177  Protection Specialist Liz, Area Manager Kelli Elison ,and Safeway Manager Scott Goh are violation of the

178  laws delineated in National Relations Labor Act ( NLRA ), The Taft-Hartley Act, Weingarten Rights, and

179    The Beck Right at minimum and collectively.

180

181

182

183

184

185

186

187

188

189

190

191    **VI.    CLAIMS**

192                                    **First Claim**

193    Name the law or right violated: <u>An employee is NOT required to join a Union</u>

194

195    Name the defendants who violated it:

196    <u>Safeway, Inc., Scott Goh, Roman Nunez, UFCW5, Laurie Mesa, Jane Doe One , Et al.</u>

197

198    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

199    do not need to make legal arguments. You can refer to your statement of facts.

200

201                                    **Second Claim**

202    Name the law or right violated: An employer cannot coerce an employee into joining a Union

203

204  Name the defendants who violated it:

205  Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One;Et al.

206  Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

207  do not need to make legal arguments. You can refer to your statement of facts.

208

209  The National Labor Relations Act forbids employers from interfering with **_employees_** in the

210  exercise of rights relating to **_joining_** a labor organization.

211

212

213  **Third Claim**

214  Name the law or right violated: An employer cannot interfere with an employee to join a Union

215  Name the defendants who violated it:

216  Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Et al.

217  Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

218  do not need to make legal arguments. You can refer to your statement of facts.

219

220  The National Labor Relations Act forbids employers from interfering with **_interfering with_**

221  **_employees_** in the exercise of rights relating to refraining from **_joining_** a labor organization.

222

223  **Fourth Claim**

224  Name the law or right violated: An employer cannot assist a labor organization in making  employees join a
225  labor organization.

226  Name the defendants who violated it:

___

___

___

227    <u>Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Et al.</u>

228    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

229    do not need to make legal arguments. You can refer to your statement of facts.

230

231    The National Labor Relations Act forbids employers from assisting a labor organization in the

232    exercise of rights relating to employees refraining to ***join*** a labor organization .

233

234

235    **Fifth Claim**

236    Name the law or right violated: A labor organization cannot coerce an employees into refraining from
237    joining a labor Union

238

239    Name the defendants who violated it:

240    <u>Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Et al.</u>

241    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

242    do not need to make legal arguments. You can refer to your statement of facts.

243

244    The National Labor Relations Act forbids labor organizations from ***coercing employees*** in the

245    exercise of rights relating to refraining from ***joining*** a labor organization.

246

247    **Seventh Claim**

248    Name the law or right violated:  An employer cannot threaten employees with loss of job for refraining from
249    joining a labor organization

250    Name the defendants who violated it:

251   Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two

252   Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

253   do not need to make legal arguments. You can refer to your statement of facts.

254

255   The National Labor Relations Act forbids employers from threatening employees with ***loss of***

256   ***jobs*** if they ***engage in protected activity***, in this case not joining a union.

257

258

259

260                                   **Eighth Claim**

261   Name the law or right violated:

262   A labor organization cannot threaten employees with job loss

263

264   Name the defendants who violated it:

265   Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two

266   Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

267   do not need to make legal arguments. You can refer to your statement of facts.

268   The National Labor Relations Act forbids  employers from threatening employees with ***loss of***
269   ***jobs*** if they ***engage in protected activity***.

270

271

272                                   **Nineth Claim**

273   Name the law or right violated: Employees cannot be questioned about their union sympathies or activities

                                                                                    _____

                                                                                    _____

                                                                                    _____

274  @#$

275  Name the defendants who violated it:

276  Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two

277  Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

278  do not need to make legal arguments. You can refer to your statement of facts.

279

280  The National Labor Relations Act forbids  employers from **Questioning employees** about their
281  ***union sympathies or activities*** in circumstances that tend to interfere with, restrain or ***coerce***
282  ***employees in the exercise of their rights under the National Labor Relations Act.***

283

284

285  **Tenth Claim**

286  Name the law or right violated: Laying off employee because he would not join union

287  Name the defendants who violated it:

288  Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two

289  Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

290  do not need to make legal arguments. You can refer to your statement of facts.

291  The National Labor Relations Act forbids  employers from ***laying off,*** employees ***because***
292  ***they engaged in union or protected activity.***

293

294  **Eleventh Claim**

295  Name the law or right violated:

296  Terminating employee for not joining Union

297  Name the defendants who violated it:

_____

_____

_____

298    Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two

299    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

300    do not need to make legal arguments. You can refer to your statement of facts.

301

302    The National Labor Relations Act forbids employers from ***terminating*** employees ***because***

303    ***they engaged in protected activity.***

304

305

306    **Twelfth Claim**

307    Name the law or right violated: <u>The Beck Right</u>

308    Name the defendants who violated it:

309    Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two

310    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

311    do not need to make legal arguments. You can refer to your statement of facts.

312

313

314

315    **Thirteenth Claim**

316    Name the law or right violated: <u>The Beck Right</u>

317    Name the defendants who violated it:

318    Safeway, Inc. ; UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two

319    Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You

320    do not need to make legal arguments. You can refer to your statement of facts.

321

**Fourteenth Claim**

Name the law or right violated: <u>The Beck Right</u>

Name the defendants who violated it:

<u>Safeway, Inc. : UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two</u>

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.


**Fifteenth Claim**

Name the law or right violated: <u>The Beck Right</u>

Name the defendants who violated it:

<u>Safeway, Inc. : UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two</u>

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.


**Sixteenth Claim**

Name the law or right violated: <u>The Whistle Blower Act (?? Correct Name? )</u>

Name the defendants who violated it:

<u>Safeway, Inc. : UFCW5; Laurie Mesa; Roman Nunez, Scott Goh, Jane Doe One; Jane Doe Two</u>

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

344 After reporting her own acknowledged acts of inducing fear and intimidation and stalking of UFCW5's

345 Laurie Mesa, Plaintiff Susino was targeted and retaliated upon by Safeway management and employees for

346 making the report.

7 - 2. 2025