UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SUSINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY, INC., et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-03857-SVK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward J. Davila to determine whether it is related to *Susino v. Safeway, Inc., et al.*, No. 5:25-cv-01102-EJD.

**SO ORDERED.**

Dated: May 28, 2025

SUSAN VAN KEULEN
United States Magistrate Judge